UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  08-20319-CR-GRAHAM

**UNITED STATES OF AMERICA,**

   Plaintiff,

v.

**ERICK BERNAL,**

   Defendant.
_____/

### ORDER ON *NEBBIA* STIPULATION

This matter arose upon the delivery to chambers of a mass of unstapled and mixed up papers including signed bond forms, letters between counsel/investigator for defendant and counsel for the government, Affidavits of persons who are supplying funds for the cash deposit into the registry of the Court, various mixed-up bank statements, pay stubs, one Cashier's check in the amount of $11,000.00, and a second Cashier's check in the amount of $4,000.00, both payable to the US Courts.  There is also a document entitled "Stipulated and Agreement" which states that the parties stipulate and agree that the Nebbia requirement and bond conditions for the $150,000.00 ten percent bond have been met.

The undersigned has unsuccessfully attempted to have these documents retrieved by counsel for the defendant, and an appropriate *Nebbia* proffer filed, for the past two days.  In addition, the undersigned has sent via facsimile a form which sets forth the requirements of the undersigned Magistrate Judge for a *Nebbia* stipulation.  A copy of this form is attached to this Order.  Despite the fact that the requirements were not met, the undersigned has sifted through the mass of paperwork, and determined that the source of the $15,000.00 being deposited into the registry of the Court to secure the

release of the defendant is $10,000.00 from Yanko Bernal, the brother of Erick Bernal, which is derived from his savings from earnings at Weatherproof Maintenance Corp., T.A. mechanical, and Hill York mechanical Contractors; $1,000.00 from Minerva Batista, which is derived from her earnings at Leon Medical Center; and $4,000.00 from Sandro Rios, which is derived from his earnings in connection with his ownership of Pott 'N Soil Corp.

Based upon the stipulation and the documentation, the undersigned finds that the *Nebbia* condition has been satisfied. In the future, counsel is cautioned to comply with the requirements of the Court regarding the satisfaction of a *Nebbia* requirement, and is instructed that all checks are to be delivered to the financial section of the Clerk's Office.

Counsel for Defendant is directed to retrieve the underlying documentation from the chambers of the undersigned Magistrate Judge prior to close of business Friday, May 9, 2008.

Therefore, based upon a review of the record as a whole, it is hereby

**ORDERED AND ADJUDGED** that the *Nebbia* condition is satisfied and the bond may be posted.

**DONE AND ORDERED** in chambers in Miami, Florida, on May 8, 2008.

*Andrea M. Simonton*
ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

Copies furnished via CM/ECF to:
The Honorable Donald L. Graham,
    United States District Judge
Counsel of record

## *Nebbia* Stipulations

**1.  For corporate surety bonds, the Stipulation must identify the property being used as collateral, as well as the source of the premium being paid to the bondsman.  Do not include any personal identification numbers, such as social security numbers, bank account numbers, etc.  The property and source may be identified by the name of the person who owns the collateral or is paying the money, together with the address of the property, the name of the bank from which the money was withdrawn, etc.**

**2.  For percentage bonds, the stipulation should identify the name of the person who is depositing the money, and the source of those funds.  As above, do not include personal identification numbers.**

**3.  Do not provide the underlying documentation–the identification of the person and source are sufficient if there is a stipulation.**

**4.  A proposed order in the following form should be included with the stipulation:**

>   **Based upon the stipulation of the parties and the information contained therein, the Court finds that the *Nebbia* condition has been satisfied, and that the bond to secure the release of Defendant _____ may be posted.**

**5.  The order can be included at the bottom of the Stipulation, or in a separate document.**

**6.  The Stipulation and Order may be electronically filed, or hand delivered to the Magistrate's Section of the Clerk's office.  DO NOT BRING ANY DOCUMENTS DIRECTLY TO CHAMBERS UNLESS DIRECTED TO DO SO BY THE CLERK'S OFFICE.**