UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 08-20319-CR-GRAHAM

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

ERICK BERNAL,

      Defendant.
_____/

**O R D E R**

**THIS CAUSE** came before the Court upon Defendant's Motion Under Seal Requesting Permission to File Agreed Motion to Continue Sentencing Date [D.E. 137] and Agreed Motion Under Seal Requesting Continuance of the Sentencing Date [D.E. 138].

**THE COURT** has reviewed the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that Defendant's Motion Under Seal Requesting Permission to File Agreed Motion to Continue Sentencing Date [D.E. 137] and Agreed Motion Under Seal Requesting Continuance of the Sentencing Date [D.E. 138] is **Denied.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 28th day of September, 2008.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

Copied: Counsel of Record